Case 17-24818-GLT    Doc 21    Filed 02/08/18    Entered 02/08/18 16:14:34    Desc Main
Document    Page 1 of 1

FILED
2/8/18 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Martha C. Peelor | : | No. 17-24818-GLT |
| Debtor | : | Chapter 7 |
| PNC Bank, National Association | : | Hearing Date: 2/8/18 at 10:00 a.m. |
| Movant | : | Response Date:  1/13/18 |
| vs. | : | |
| Martha C. Peelor | : | Related to Docket No. 10 |
| Natalie Lutz Cardiello, Trustee | : | |
| Respondents | : | |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This __8th__ day of __February__, 2017, upon consideration of the Motion and Response of the Chapter 7 Trustee, and upon Movant's certification of service and a hearing, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. Section 362 (and, to the extent that relief from the Co-Debtor stay was requested in the Motion, relief from stay is granted under §1301) and hereby is modified to permit PNC Bank, National Association to foreclose its security interest in 103 Pickwick Dr., Bethel Park, PA 15102-1721.

This Order shall take effect July 15, 2018, or at such earlier time as the Trustee files a Report of No Distribution.

Movant shall, within five (5) days hereof, serve a copy of the within order on parties in interest (unless they are otherwise served) and file a certificate of service.

_____
Gregory L. Taddonio
United States Bankruptcy Judge

cc:    Brett A. Solomon, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222