# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-24818-GLT |
| MARTHA C. PEELOR | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Municipality of Bethel Park; Bethel Park School District; Jordan Tax Service; and PNC Bank | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE
of
Notice of Sale,
Notice of Hearing on Motion
to Sell Property Free and Divested of Liens
and
Motion to Sell Real Estate Free and Clear of Third
Party Interests, Liens, Claims, Charges and/or Encumbrances

I certify under penalty of perjury that I served or caused to be served the above captioned pleading(s) on the parties at the address specified below or on the attached list on February 5, 2019.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: first class mail.

**Service of Notice of Hearing and Motion to Sell Real Estate**

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
INTERNAL REVENUE SERVICE              THE ATTORNEY GENERAL OF THE UNITED      UNITED STATES ATTORNEY S OFFICE
PO BOX 7346                           STATES                                  WESTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA PA 19101-7346            CIVIL DIVISION BANKRUPTCY SECTION       700 GRANT STREET SUITE 4000
                                      US DEPARTMENT OF JUSTICE                PITTSBURGH PA 15219
                                      WASHINGTON DC 20530


OFFICE OF THE UNITED STATES TRUSTEE   PENNSYLVANIA DEPARTMENT OF REVENUE      CHRISTOS A KATSAOUNIS ESQUIRE
LIBERTY CENTER SUITE 970              DEPARTMENT 280946                       OFFICE OF THE CHIEF COUNSEL
1001 LIBERTY AVENUE                   ATTN  BANKRUPTCY DIVISION               DEPARTMENT 28106
PITTSBURGH PA 15222                   HARRISBURG PA 17128-0946                HARRISBURG PA 17128


ERNEST ROBERT ROSSI  KAREN S ROSSI    PNC BANK                                JOHN WEINSTEN ALLEGHENY COUNTY
ASSET PROTECTION TRUST                ATTN   MICHAEL J HANNON CCO             TREASURER
105 LONGUEVUE DRIVE                   249 FIFTH AVENUE                        ROOM 109 COURTHOUSE
PITTSBURGH PA 15228                   PITTSBURGH PA 15222                     436 GRANT STREET
                                                                              PITTSBURGH PA  15219-2497


JORDAN TAX SERVICE                    MUNICIPALITY OF BETHERL PARK            BETHEL PARK SCHOOL DISTRICT
102 RAHWAY ROAD                       ATTN  FINANCE DIRECTOR                  ATTN  FINANCE DIRECTOR
MCMURRAY PA 15317                     5100 WEST LIBRARY AVENUE                301 CHURCH ROAD
                                      BETHEL PARK PA 15102                    BETHEL PARK PA 15102
```

**Service of Notice of Sale**

(p)US BANK PO BOX 5229
CINCINNATI OH 45201-5229

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

AMEX
PO Box 297871
Fort Lauderdale, FL 33329-7871

BK Global Real Estate Services
1095 Broken Sound Pkwy NW Suite 100
Boca Raton, FL 33487-3503

Capital One PO Box 30253
Salt Lake City, UT 84130-0253

CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Central Credit Services LLC
500 North Franklin Turnpike, Suite 200
Ramsey, NJ 07446-1178

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank PO Box 182789
Columbus, OH 43218-2789

Credit First
6275 Eastland Road
Brook Park, OH 44142-1399

James C. Ickes
105 Cypress Court
Venetia, Pa 15367-1463

Kohl's
N56W17000 Ridgewood Drive
Menomonee Falls, WI 53051-7096

Martha C. Peelor
7 Dorchester Drive
Apt. 411
Pittsburgh, PA 15241-1026

Northland Group, Inc.
P.O. Box 390905
Minneapolis, MN 55439-0905

Ogg, Murphy & Perkosky, PC
245 Fort Pitt Boulevard
Pittsburgh, PA 15222-1511

PYOD, LLC its successors and
assigns of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Quantum3 Group LLC
as agent for Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

Re/Max Select Realty
1761 Golden Mile Hwy
Monroeville, PA 15146-2011

SYNCB
PO Box 965036
Orlando, FL 32896-5036

**EXECUTED ON:**  February 5, 2019

By:   /*s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello
PA ID# 51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@comcast.net
(412) 276-4043